*Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.*

January 9, 2003
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) NO. CR03 0011C
            Plaintiff,       )
                             ) INDICTMENT
    v.                       )
                             )
ABEL NGOZICHUKWU NNABUE, AND )
TOBECHI ENYINNAYA ONWUHARA,  )
                             )
            Defendants.      )

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Attempted Bank Fraud)

1. Beginning on a date unknown, but in or about December 2002, and continuing until on or about December 12, 2002, within the Western District of Washington, defendants ABEL NGOZICHUKWU NNABUE, and TOBECHI ENYINNAYA ONWUHARA attempted to execute a scheme and artifice to defraud the Washington Mutual Bank, a financial institution as defined in Title 18, United States Code, Section 20, and to obtain money, funds, and credits under the custody and control of that Bank by means of false and fraudulent pretenses and representations.

Methods and Means of the Scheme

2. It was part of the scheme to defraud that defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA obtained unauthorized credit cards in names other than their own true names.

INDICTMENT/NNABUE AND ONWUHARA - 1

3. It was further part of the scheme to defraud that defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA obtained counterfeit driver's licenses and other identification documents in names other than their own true names. The names on the counterfeit driver's licenses matched the names on some of the credit cards described above.

4. It was further part of the scheme to defraud that defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA drove to the Lynnwood Fred Meyer branch of the Washington Mutual Bank in Lynnwood, Washington, for the purpose of obtaining, without authorization, a cash advance using credit cards described above.

5. It was further part of the scheme to defraud that defendant TOBECHI ENYINNAYA ONWUHARA presented two of the unauthorized credit cards and a counterfeit driver's license as identification to employees of the aforementioned Bank, and requested a cash advance using one of the credit cards. Defendant ABEL NGOZICHUKWU NNABUE remained outside of the Bank to serve as the getaway driver.

6. It was further part of the scheme to defraud that, after Bank employees refused to provide the cash advance described above, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA fled the Bank in the car driven by defendant ABEL NGOZICHUKWU NNABUE with law enforcement officers in pursuit, and thereafter attempted to elude law enforcement officers.

### Execution of the Scheme

7. On or about December 12, 2002, within the Western District of Washington, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud the Washington Mutual Bank, and to obtain money, funds, and credits under the custody and control of the Bank by means of false and fraudulent pretenses and representations, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA presented, and aided and abetted the

presentation of, unauthorized credit cards and a counterfeit Texas driver's license bearing the name of Robert Palmer to the Washington Mutual Bank, and thereby attempted to obtain, without authorization from the true credit card holder, a cash advance in the amount of $5,000.00.

All in violation of Title 18, United States Code, Section 1344 and Section 2.

## COUNT TWO
(Conspiracy to Use Unauthorized Credit Card Access Devices)

1. Beginning on or about a date unknown, but not later than December 12, 2002, within the Western District of Washington, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA, and others unknown to the Grand Jury, did knowingly and willfully combine, conspire, and agree to commit an offense against the United States, that is, to knowingly, and with intent to defraud, use one or more unauthorized credit card access devices, in and affecting interstate commerce, and by such conduct to obtain money, goods, and services of a value in excess of $1,000 during a one-year period, in violation of Title 18, United States Code, Section 1029(a)(2) and Section 2.

### Overt Acts

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA committed or caused to be committed one or more of the following overt acts:

2. On or about a date unknown, but not later than on or about December 12, 2002, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA received and obtained lists containing over 50 names and associated addresses, dates of birth, telephone numbers and social security numbers, for the purpose of obtaining and using unauthorized credit cards and counterfeit driver's licenses in some or all of those names.

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

3. On or about a date unknown, but not later than on or about December 12, 2002, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA obtained unauthorized credit cards in names other than their own true names.

4. On or about a date unknown, but not later than on or about December 12, 2002, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA obtained counterfeit driver's licenses and other identification documents in names other than their own true names. The names on the counterfeit driver's licenses matched the names on some of the credit cards described above.

5. On or about December 12, 2002, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA drove to a branch of the Washington Mutual Bank in Lynnwood, Washington, for the purpose of obtaining, without authorization, a cash advance using two of the credit cards described above.

6. On or about December 12, 2002, defendant TOBECHI ENYINNAYA ONWUHARA presented two of the unauthorized credit cards and a counterfeit driver's license as identification to employees of the aforementioned Bank, and requested a cash advance using the credit cards. Defendant ABEL NGOZICHUKWU NNABUE remained outside of the Bank to serve as the getaway driver.

7. On or about December 12, 2002, after Bank employees refused to provide the cash advance described above, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI ENYINNAYA ONWUHARA fled the Bank in the car driven by defendant ABEL NGOZICHUKWU NNABUE, with law enforcement officers in pursuit, and thereafter attempted to elude law enforcement officers.

All in violation of Title 18, United States Code, Section 371.

## COUNT THREE
(Attempted Use of Unauthorized Credit Card Access Device)

On or about December 12, 2002, at Lynnwood, within the Western District of Washington, defendants ABEL NGOZICHUKWU NNABUE and TOBECHI

1  ENYINNAYA ONWUHARA knowingly, and with the intent to defraud, attempted to
2  use, and aided and abetted the attempted use of, an unauthorized access device, to wit, a
3  Discover credit card in the name of Robert Palmer, in and affecting interstate commerce,
4  and by such conduct attempted to obtain money, goods, and services, in an amount
5  exceeding $1000 within a one year period.
6  　　　　All in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1) and
7  Section 2.

## COUNT FOUR
(Possession With Intent To Use Unlawfully Five Or More Identification Documents)

10  　　　　On or about December 12, 2002, at Lynnwood, within the Western District of
11  Washington, defendant TOBECHI ENYINNAYA ONWUHARA did knowingly possess,
12  in and affecting interstate commerce, with intent to use unlawfully, five or more
13  identification documents (other than those issued lawfully for the use of defendant
14  TOBECHI ENYINNAYA ONWUHARA) and false identification documents, that is,
15  counterfeit Texas driver's licenses in the names of Robert Charles Palmer, James Alex
16  Weaver, Roger Rickey Reynolds, and Thomas Michael Crowley, an Oklahoma driver's
17  license issued in the name of Xavier Charles Alexander but bearing the photograph of
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1  defendant TOBECHI ENYINNAYA ONWUHARA, and a social security card and
2  certificate of birth in the name of Xavier Charles Alexander.
3        All in violation of Title 18, United States Code, Section 1028(a)(3).
4                                    A TRUE BILL:
5                                    DATED: 09 Jan 2003
6
7                                    FOREPERSON
8
9
10 JOHN McKAY
   United States Attorney
11
12
13 SUSAN M. HARRISON
   Assistant United States Attorney
14
15
16 LAWRENCE LINCOLN
   Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT/NNABUE AND ONWUHARA - 6

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970