CC TO JUDGE DJ

CR 03 00011 :00000027

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOBECHI ENYINNAYA ONWUHARA,<br><br>Defendant. | NO. CR03-011C<br><br>SUPERSEDING INFORMATION |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
(Illegal Transactions and Attempted Transactions
With Credit Card Access Devices)

Beginning in or about December 2001, and continuing until in or about December 2002, within the Western District of Washington and elsewhere, defendant TOBECHI ENYINNAYA ONWUHARA, knowingly and with intent to defraud, effected transactions and attempted to effect transactions with one or more access devices, as defined in 18 U.S.C. § 1029(e)(1), which access devices had been issued to other persons, that is, credit cards and credit card numbers issued in the names of Robert Charles Palmer, James Alex Weaver, David Smith, Paul Brophy, Riyad Hossainy, John D. Smith, and Keith G. Olson, for the purpose of receiving payments and other things of value during that one-year time period in an amount totaling approximately Eighty Six

Thousand, Four Hundred Forty Seven Dollars and Twenty One Cents ($86,447.21), said transactions and attempted transactions affecting interstate commerce.

All in violation of 18 U.S.C. § 1029(a)(5) and § 1029(b)(1).

DATED this 24th day of February, 2003.

_____
JOHN McKAY
United States Attorney

_____
SUSAN M. HARRISON
Assistant United States Attorney

_____
LAWRENCE LINCOLN
Assistant United States Attorney

INFORMATION/ONWUHARA - 2