Magistrate Judge Martinez

FILED
LODGED ____ ENTERED
____ RECEIVED

FEB 24 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CR 03-00011 #00000028

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO   CR03-011C |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| TOBECHI ENYINNAYA ONWUHARA, | |
| Defendant. | |

I, TOBECHI ENYINNAYA ONWUHARA, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by

///
///
///

WAIVER OF
INDICTMENT/ONWUHARA— 1
CR03-011C

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

1  Indictment and may be prosecuted by Information, do knowingly, and with advice of
2  counsel, waive in open court my right to be prosecuted by Indictment and do hereby
3  consent to prosecution by Information.
4      DATED this 24th day of February, 2003.

_____
TOBECHI ENYINNAYA ONWUHARA
Defendant

_____
MICHAEL C. NANCE
Attorney for Defendant

_____
LAWRENCE LINCOLN
Assistant United States Attorney

Approved:

_____
RICARDO S. MARTINEZ
United States Magistrate Judge

WAIVER OF
INDICTMENT/ONWUHARA— 2
CR03-011C

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970