___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

**FEB 2 6 2003**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**RECEIPT**   Date 2/14/03   19___   No. 731777
Received From Sara Moore
Address US Passport # 75571941
of Abel Ngozi Nnabue _____ Dollars $ _____
For CR03-11 C

| ACCOUNT | | | HOW PAID | | | |
|---|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | | |
| AMT. PAID | | | CHECK | | | By H. Arent-Zachary |
| BALANCE DUE | | | MONEY ORDER | | | |



CR 03-00011  #00000033

33