UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Hon John C Coughenour, U S District Judge          Date  May 23, 2003

Deputy Clerk    Gail Glass                    Court Reporter  Donna Hunter, Vernon & Associates

## SENTENCING MINUTES

Case No  CR03-11C                  **U.S. v. Tobechi Onwuhara**

US Atty    L Lincoln              Defense Counsel·    Mike Nance
USPO·      Tammy White

Guideline range determined by the court  Total Offense Level _____ 13 _____
Criminal History Category _____ Imprisonment range _____ 12-18 _____
Supervised release range _____  Fine range _____

**Sentence Imposed:**

✓ Imprisonment for a term of  Twelve Months and (1) Day
✓ Supervised Release for a term of_ Three (3) Years

CR 03-00011  #00000040

## CONDITIONS OF SUPERVISION/PROBATION

✓ Standard conditions      ✓ Firearms conditions      ✓ Search & Seizure
✓ Substance abuse conditions    ✓ Mental Health conditions
✓ Financial Conditions
✓ Other Special Conditions as noted in the Judgment
✓ Fine in the amount of $ Waived

✓ Mandatory penalty Assessment in the amount of  $ 100 00  due immediately

✓ Defendant remains in custody

✓ Restitution in the amount of $58,531 15
✓ Defendant advised of right to appeal. The Court recommends incarceration at a facility in Texas

SENTENCING MINUTES        HON JOHN C COUGHENOUR        Date  May 23, 2003